IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VASHON WILLIAMS                                                                                          PETITIONER

V.                                                                                       CRIMINAL NO. 4:99CR136-WAP

UNITED STATES OF AMERICA                                                                         RESPONDENT

## ORDER DENYING MOTION

Presently before the court is Williams' self-styled "motion for prompt disposition of criminal matter." Williams has another motion pending seeking a reduction of his sentence pursuant to the recent revision to the Sentencing Guidelines regarding crack cocaine offenses. With his present motion Williams' is essentially asking for an expedited resolution of his motion for application of the revised Sentencing Guidelines.

The court has been understandably bombarded with similar motions. The court has developed a system to address these motions as expeditiously as possible. Williams' motion will be treated no differently than any other the court has received. Therefore, the motion to expedite (docket entry 61) is DENIED. A determination of Williams' eligibility for a sentence reduction based on the recent Sentencing Guidelines amendments will be made at a later date by further order of the court.

THIS the 19th day of March, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE